UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYANT BRADLEY,

                        Petitioner,

   -against-

CALVIN WEST, Superintendent of the
Elmira Correctional Facility,

                       Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV-3212 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 5 2005 ★
P.M. _____
TIME A.M. _____

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on December 2, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated September 13, 2005, after a *de novo* review of the record; denying petitioner's petition for a writ of habeas corpus; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted in its entirety; that petitioner's petition for a writ of habeas corpus is denied; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       December 02, 2005

                                             /S/
                                  ROBERT C. HEINEMANN
                                  Clerk of Court